358 A.2d 80
Commonwealth v. LeComte, Appellant.

Argued April 14, 1976. John Woodcock, Jr., Public Defender, for appellant; Thomas G. Peoples, Jr., and Donald E. Speice, Assistant District Attorneys, and Amos C. Davis, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

358 A.2d 79
Commonwealth v. McCready, Appellant.

Argued April 13, 1976. David L. Gropp, with him Baldwin and Gropp, for appellant; Robert F. Hawk, First Assistant District Attorney, with John H. Brydon, District Attorney, for Commonwealth, appellee.

Order affirmed.